



**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

        Plaintiff,        CRIMINAL NO. 13-20518

vs.        HONORABLE DENISE PAGE HOOD

D-1  HAPPY ASKER

        Defendant.

---

## VERDICT FORM

COUNT ONE – Conspiracy to Defraud the United States

NOT GUILTY_____        GUILTY __X__

COUNT TWO – Filing a False Return

NOT GUILTY_____        GUILTY __X__

COUNT THREE– Filing a False Return

NOT GUILTY_____        GUILTY __X__

COUNT FOUR– Filing a False Return

NOT GUILTY_____        GUILTY __X__

COUNT FIVE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY \_\_\_X\_\_\_\_\_

COUNT SIX - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY \_\_\_X\_\_\_\_\_

COUNT SEVEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY \_\_\_X\_\_\_\_\_

COUNT EIGHT - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY \_\_\_X\_\_\_\_\_

COUNT NINE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY \_\_\_X\_\_\_\_\_

COUNT TEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY \_\_\_X\_\_\_\_\_

COUNT ELEVEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____                    GUILTY __X____

COUNT TWELVE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____                    GUILTY __X____

COUNT THIRTEEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____                    GUILTY __X____

COUNT FOURTEEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____                    GUILTY __X____

COUNT FIFTEEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____                    GUILTY __X____

COUNT SIXTEEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____                    GUILTY __X____

3

COUNT SEVENTEEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY _____    GUILTY __X_____


COUNT EIGHTEEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY _____    GUILTY __X_____


COUNT NINETEEN - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY _____    GUILTY __X_____


COUNT TWENTY - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY _____    GUILTY __X_____


COUNT TWENTY-ONE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY _____    GUILTY __X_____


COUNT TWENTY-TWO - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY _____    GUILTY __X_____


COUNT TWENTY-THREE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY _____    GUILTY __X_____

COUNT TWENTY-FOUR - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY __X__

COUNT TWENTY-FIVE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY __X__

COUNT FORTY-NINE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY __X__

COUNT FIFTY - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY __X__

COUNT FIFTY-ONE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY __X__

COUNT FIFTY-TWO - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY __X__

COUNT FIFTY-THREE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____          GUILTY __X__

5

COUNT FIFTY-FOUR - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____  GUILTY __X__


COUNT FIFTY-FIVE - Aiding or Assisting in the Filing a False Tax Return

NOT GUILTY_____  GUILTY __X__


COUNT SIXTY - Impeding, Impairing, Obstructing, and Defeating the Lawful Government Functions of the IRS

NOT GUILTY_____  GUILTY __X__


_____
Dated

s/Jury Foreperson
In compliance with the Privacy Policy Adopted by
the Judicial Conference
the verdict form with the original signature has been filed under seal.

6